**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CHARLES PONA** | : | |
| | : | |
| **v.** | : | **C.A.: 08-270S** |
| | : | |
| **ASHBELL T. WALL, Director** | : | |
| **Of RI Department of Corrections** | : | |

**MOTION FOR EXTENSION OF TIME**

Now comes the State of Rhode Island, by and through its attorneys, and respectfully requests that this Honorable Court extend the time in which to file its response to Petitioner's Petition For Writ Of Habeas Corpus Pursuant to 28 U.S.C. § 2254, in the above-captioned matter, up to and including September 13, 2008. The undersigned counsel seeks the additional time due to a family medical emergency (documentation available upon request).

Respectfully Submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Aaron L. Weisman

**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

PDF created with pdfFactory trial version www.pdffactory.com

CERTIFICATION

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on July 30, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I sent a copy of the within motion to the following by first-class mail on the same date:

Charles Pona, Pro Se
Torrance County Detention Facility
Estancia, NM 87016

/s/ Aaron L. Weisman



PDF created with pdfFactory trial version www.pdffactory.com