# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

CHARLES PONA,
    Petitioner,

v.                                      C.A. No. 08-270 S

A.T. WALL,
    Respondent.

## ORDER

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on December 28th, 2010 (document #7), in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed to the Report & Recommendation, the State's Motion to Dismiss the petition is hereby GRANTED and the Petition is DISMISSED.

ENTER:

_____

William E. Smith
United States District Judge

Date: 1/19/11