UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHARLES PONA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>A.T. WALL, )<br>)<br>Respondent. )<br>) | C.A. No. 08-270 S |

ORDER DENYING CERTIFICATE OF APPEALABILITY

On January 21, 2011, this Court entered an order and final judgment dismissing Petitioner's petition for a writ of habeas corpus (ECF Nos. 8 & 9.) Petitioner now moves for the issuance of a Certificate of Appealability (ECF No. 11.).

This Court hereby denies Petitioner's Motion for Issuance of Certificate of Appealability because it finds that this case is <u>not</u> appropriate for the issuance of a Certificate of Appealability because the movant has failed to make a substantial showing of the denial of a constitutional right as to any claim, as required by 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

_____
William E. Smith
United States District Judge
Date: 4/8/11