# United States Court of Appeals
## For the First Circuit

No. 11-1300

CHARLES PONA,

Petitioner, Appellant,

v.

A.T. WALL, Director, Rhode Island Department of Corrections,

Respondent, Appellee.

Before

Torruella, Boudin and Thompson,
Circuit Judges.

JUDGMENT

Entered: August 9, 2011

We deny the request for a certificate of appealability and terminate the appeal.

By the Court:

/s/ Margaret Carter, Clerk.

cc:
Charles Pona
Edward C. Roy, Jr.
Aaron L. Weisman