# United States Court of Appeals
## For the First Circuit

No. 11-1300

CHARLES PONA

Petitioner - Appellant

v.

A.T. WALL, Director, Rhode Island Department of Corrections

Respondent - Appellee

**MANDATE**

Entered: September 13, 2011

In accordance with the judgment of August 9, 2011, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Charles Pona
Edward C. Roy Jr.
Aaron L. Weisman